ELLEN S. ROUSS et al., Respondents, *v.* GEORGE E. BARDWIL et al., Defendants, and 35 PARK WEST CORPORATION et al., Appellants.

Argued April 10, 1939; decided May 16, 1939.

*Fred L. Gross* for appellants.

*A. Welles Stump* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.